1
2
3
4
5
6
7
8          UNITED STATES DISTRICT COURT

9        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   CURT MARTIN,                              No.  2:16-cv-2082 KJM DB P

12              Plaintiff,

13        v.                                   <u>ORDER</u>

14   SACRAMENTO SHERIFF DEPT.,

15              Defendant.

16

17        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights

18   action under 42 U.S.C. § 1983.   In an order filed March 31, 2017, the court dismissed plaintiff's

19   complaint and gave plaintiff thirty days to file an amended complaint.  Those thirty days have

20   passed and plaintiff has not filed an amended complaint or otherwise responded to the court's

21   order.

22        Plaintiff will be given another opportunity to amend his complaint.  Plaintiff is advised

23   that his failure to file an amended complaint in compliance with the court's March 31 order may

24   result in a recommendation that this case be dismissed.  <u>See</u> E.D. Cal. R. 110; Fed. R. Civ. P.

25   41(b).

26   ////

27   ////

28   ////

                                    1

Accordingly, IT IS HEREBY ORDERED that within thirty days of the date of this order, plaintiff shall file an amended complaint in compliance with the court's order filed March 31, 2017.

DATED: May 15, 2017


/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/mart2082.fta